IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FLAMBEAU, INC.<br><br>   Plaintiff<br><br> vs.<br><br>HUNTER'S EDGE, LLC, et al.<br><br>   Defendants | CASE NO. 09-CV-539<br><br>JUDGE CHRISTOPHER BOYKO<br><br>STIPULATION OF DISMISSAL<br>PURSUANT TO FRCP RULE 41(a)(1)(ii) |

All parties to this action hereby stipulate to a dismissal of this matter with prejudice pursuant to FRCP Rule 41(a)(1)(ii).

                Respectfully submitted,

                */s/ Todd C. Hicks*
                Todd C. Hicks, Esq. (#0063255)
                THRASHER, DINSMORE & DOLAN
                100 7th Avenue, Suite 150
                Chardon, Ohio 44024
                Telephone: 440/285-2242
                Facsimile: 440/285-9423
                Email: THicks@dolan.law.pro
                  Attorney for Flambeau, Inc.


                */s/ Christopher W. Brody*
                Christopher W. Brody, Esq.
                CLARK & BRODY
                1090 Vermont Avenue, N.W., Suite 250
                Washington, DC 20005
                Telephone: 202/835-1111

IT IS SO ORDERED.     Facsimile: 202/835-1755
                Email: CBrody@clarkbrody.com
                  Attorney for Defendants Hunter's
s/Christopher A. Boyko        Edge, LLC and Jamie Bulger
JUDGE CHRISTOPHER BOYKO
U.S. District Court Judge

March 30, 2009